UNITED STATES OF AMERICA  DISTRICT COURT
EASTERN DISTRICT            MASSACHUSETTS

JON P. MORISEY,

        Plaintiff,　　　　　　　　**AFFIDAVIT**

vs.　　　　　　　　　　　　　　Case No: 04-12173RWZ

STACI RAGGI, et al.,

        Defendants.

---

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF ONTARIO   )

    **I, STACI RAGGI,** being duly sworn, depose and say:

    1.)     That I am the above-named Defendant with respect to the federal lawsuit commenced by Mr. Morisey. That I reside at 6221 Buckskin Drive, Farmington, New York 14425.

    2.)     That upon information and belief, the Plaintiff resides at 175 J. Centre Street, Apt. 1001, Quincy, Massachusetts 02169.

    3.)     That currently there is litigation in New York State, specifically Ontario County, with respect to our two minor children. There is a prior Judgment of Divorce from New York and this is an enforcement and/or violation petition, which had been commenced by both parties.

    4.)     That Mr. Morisey's petitions were all dismissed, either after trial or upon his default, as he failed to appear at our last two court dates, which were scheduled for hearing. On the first default, Mr. Morisey failed to appeal or appear in any manner and as such, his time may have now expired.

1

5.) That at the last scheduled hearing date of October 27, 2004, he once again failed to appear and other than his notification that he has filed in federal court, he did not respond to my application for sole custody, a suspension of visitation and for a psychiatric evaluation. That decision is currently pending.

6.) That I have reviewed my attorney's Motion to Dismiss based upon Federal law, and believe that the specific case law cited also applies in my case. As I am not an attorney, I would ask that this affidavit be accepted in support of both my attorney and the law guardian's application to dismiss the lawsuit in full.

7.) That I reserve the right to file a complete answer if this matter proceeds after the court determines on the law, the Defendant's motion to dismiss, which I now support.

**WHEREFORE**, your deponent respectfully requests that the Plaintiff's case be dismissed in all respects based upon his failure to state a claim for which relief may be granted and jurisdictional defects.

Dated: November 10, 2004

_Staci Raggi_
Staci Raggi

Sworn to before me this
10th day of November, 2004.

_Gloria J. Lynch_
Notary Public

GLORIA J. LYNCH
Notary Public, State of New York
Wayne County Reg. #01LY4821972
Commission Expires April 30, 2006

2