UNITED STATES OF AMERICA   DISTRICT COURT
EASTERN DISTRICT           MASSACHUSETTS

JON P. MORISEY,

                   Plaintiff,        **AFFIDAVIT OF MAILING**

v.

STACI RAGGI, et al.                 Case No: 04-12173RWZ

                 Defendants.

---

STATE OF NEW YORK)
                 ) SS.:
COUNTY OF ONTARIO)

GLORIA J. WALES, being duly sworn deposes and says, that deponent is a not party to the action, is over 18 years of age and is employed at the law office of Alexandra Burkett, Esq., 66 N. Main Street, Canandaigua, NY 14424.

That on the ___ day of November, 2004, deponent served the within Motion to Dismiss upon the following individuals:

    a. **Jon P. Morisey, 175 J. Centre St. Apt. 1001, Quincy MA 02169**

    b. **Alexandra Burkett, Esq., 66 N. Main Street, Canandaigua, New York 14424**

    c. **Robert L. Gosper, Esq., 1904 Route 96, STE 2 Phelps, New York 14532**

    d. **Hon. Frederick Reed, 27 N. Main Street, Canandaigua, NY 14424**

the addresses for which the above-named persons have designated for that purpose by depositing a true copy of the same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                           _____
                                           Gloria J. Wales

Sworn to before me the
10th day of November, 2004.

_____
Notary Pubic

KAREN L. GRASSO
Notary Public, State of New York
Qualified in Ontario Co. No. 4708016
My Commission Expires _____