UNITED STATES OF AMERICA   DISTRICT COURT
EASTERN DISTRICT                    MASSACHUSETTS

JON P. MORISEY,

                Plaintiff,              **AFFIDAVIT OF MAILING**

v.

ALEXANDRA BURKETT, ESQ., et al.     Case No: 04-12173RWZ
               Defendants.

---

STATE OF NEW YORK)
                 ) SS.:
COUNTY OF ONTARIO)

GLORIA J. WALES, being duly sworn deposes and says, that deponent is a not party to the action, is over 18 years of age and is employed at the law office of Alexandra Burkett, Esq., 66 N. Main Street, Canandaigua, NY 14424.

That on the 9th day of November, 2004, deponent served the within Motion to Dismiss upon the following individuals:

    a. Jon P. Morisey, 175 J. Centre St. Apt. 1001, Quincy MA 02169

    b. Staci Raggi, 6221 Buckskin Drive, Farmington, New York 14425

    c. Robert L. Gosper, Esq., 1904 Route 96, STE 2 Phelps, New York 14532

    d. Hon. Frederick Reed, 27 N. Main Street, Canandaigua, NY 14424

the addresses for which the above-named persons have designated for that purpose by depositing a true copy of the same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                                *Gloria J. Wales*
                                                                 Gloria J. Wales

Sworn to before me the
9th day of November, 2004.

*Karen L. Grasso*
Notary Pubic

KAREN L. GRASSO
Notary Public, State of New York
Qualified in Ontario Co. No. 4708016
My Commission Expires Nov. 30, 2005