ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Cause No: __04-12173RWZ_____

| | |
|---|---|
| Jon P Morisey, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Staci H Raggi, | ) |
|     Respondent, | ) |
| | ) |

## Counter Motion Against Dismissal

Comes now the Petitioner, JON P MORISEY, and in direct support of his request for Federal relief argument in rebuttal to the defendant's motions to dismiss.

1. Ms. Burkett, a New York State attorney, has refused to follow Federal procedure in returning the notice of waiver of server and has provided no answer as required.

2. Mr. Gosper, a New York State attorney, has refused to follow Federal procedure in returning the notice of waiver of server and has provided no answer as required.

3. Judge Reed, a New York State attorney, has made no response whatsoever to the lawsuit and continues to hold hearings on the case despite its removal to Federal Court.

4. Ms. Burkett, a New York State attorney, has illegally acted as representation for her New York State client and co-defendant, Ms. Staci Raggi. In her November 9, 2004 letter, Ms. Burkett states, "Please find enclosed my *client Staci Raggi's* (emphasis added) Affidavit and Affidavit of mailing regarding the above named case". She

1

continues by contradicting herself by stating the Ms. Raggi is "representing herself" in a thinly veiled attempt to circumvent her own inability to practice outside of New York State. Ms. Raggi's Affidavit was mailed with a return address of Ms. Burkett's office on the envelope. The cover letter was typed on Ms. Burkett's letterhead clearly listing at the top "Attorney at Law" under her name and signed by Ms. Burkett. Ms. Burkett's paralegal Gloria J. Lynch notarized the Affidavit. The Affidavit signed by Ms. Raggi concedes that she has read Ms. Burkett's motion and agrees with it in its entirety, showing that Ms. Burkett delivered legal advice and shared her motion. The document's language and format is identical to Ms. Burkett's motion. Clearly Ms. Burkett is representing Ms. Raggi in a Massachusetts based action and is operating outside the bounds of her New York State bar card's jurisdiction.

5. As for the defects Ms. Burkett suggests are contained in my original filling, I stand on my former statements. This action is a case of bias that is preventing a proper adjudication of custody and visitation issues within New York State's Ontario County. Once the bias is removed, a proper hearing of those issues can be addressed in the proper jurisdiction as was initially requested.

6. Ms. Burkett and Mr. Gosper state that I failed to appeal the New York State ruling. This is patently false, as I have served all parties with notice of my appeal.

7. Ms. Burkett states that, "It is clear from the pleading filed by the Plaintiff that he is attempting to preemptively set aside a valid order of the state concerning custody of his children". It is a fact that Judge Reed stated of the record that, "if you do not drop your petition, I might grant sole custody to someone – and it may not be you". This is witness tampering in the 4th under New York State penal code. The fact that this

2

criminal bias could lead to an equally biased ruling is the nature of my Federal case. Once bias is found, the issue upon which the Federal government cannot rule could be moved to an unbiased venue. Ms. Burkett's language such as preemptively setting aside a ruling suggests we litigants already know the outcome of that ruling. The defendants, because they are co-conspirators with the Judge, myself, because I have unmasked this conspiracy in Federal Court.

8. Mr. Gosper's motion to dismiss is suspiciously similar to Ms. Burkett's, citing the same case law and often framing those citations in the identical language. My original filing cites this pair as having a more than professional relationship as evidenced by my witnessing them holding hands in the car as they shared a ride home from Court. Apparently, they share their motions in addition to Mr. Gosper's car.

9. Ms. Raggi's affidavit asks that Mr. Gosper's case should be dismissed based on her motion that is based on Ms. Burkett's motion. Neither Ms. Raggi, nor Ms. Burkett are admitted to practice in Massachusetts making their joint representation of Mr. Gosper illegal and inadmissible. Ms. Raggi's Affidavit does not list herself as "Pro Se", leading to the reasonable conclusion that she is representing the children's law guardian Mr. Gosper.

10. In Mr. Gosper's motion to dismiss, item 7, he states that, I failed to appear at the hearing on October 27, 2004, having served the parties a day or two before with the notice of motion removing the matter to Federal Court. He continues to state that, "The hearing was conducted in his absence". The fact that the parties held a New York State hearing shows their complete disregard for Federal law, which prohibits any state business being conducted. At the very instant I filed this Notice of Petition of Removal

3

in the New York State Court, the state proceedings are automatically stayed pursuant to federal law, and the state court may *not* do anything else. This petition was received and signed for in Ontario County Court on October 26, 2004 by E. Lombardo. This group of defendants disregard Federal law with the same case, disrespect, and arrogance, they have disregarded New York State law, which was the original reason for the initiation of this Federal case.

11. The September 3, 2004 Court date was given to me as September 10, 2004, in a brazen attempt to cause my absence leading to a summary judgment of dismissal. The Court received a letter from myself on September 3, referencing my expected Court date of September 10. The proceedings of that day and the Judge's announcement of the proceedings resuming on the 10th are certainly on the record. The facts in my case were too strong to credibly refute without creating the appearance of impropriety, and so the conspirators resorted to subterfuge. On that day, the Judge dismissed all claims with prejudice and required that all future petitions be reviewed for substantiveness. Emboldened by this ruling, Ms. Raggi has refused all visitation with my daughter from that date forward to the extent that I have had only one day of contact with her until the present time. I do not ask that this visitation violation be ruled upon in Federal Court, only that they hear the evidence related to they biased proceedings and form a ruling on bias. The damages suffered are as a direct result of this biased ruling and the loss of contact with my children on a routine basis due the defendants activities.

12. Mr. Gosper notes that my protest to the Attorney Grievance Committee was rejected, which is true. The committee refused to entertain the notion because co-defendant

Judge Reed did not find exception with these and other illegal actions, further underscoring the conspiracy as well as protecting the co-conspirators.

13. No party has returned their waiver of service or filed a proper answer, as evidenced by the statement; again thumbing their noses at the Federal procedural law.

14. Dismissing this case would only serve to allow Judge Reed, who is listed as a co-defendant (and is the only Family Court Judge in the county) to retain jurisdiction of the case. If there was bias in his Court before the Federal case was initiated as I contend, there will certainly be more of reason for prejudice as I have named him in a Federal lawsuit.

15. Jurisdictional and diversity arguments were previously, preemptively refuted in my original filling.

16. As I am not attorney, and have petitioned for one in this mailing, I am unsure as to the legality of the relief I have requested. If any item is found unsuitable, I hereby withdraw the request of that item in the interest of speedily resolving this case and preventing the delays and accrued damages that would ensue during the period of time it would take to re-file these Petition, which would be inevitable if the case was dismissed on this basis. Being forced to re-file my case would only serve to allow a biased New York State judge to potentially rule against me with prejudice during the time it takes to re-file.

Respectfully submitted,

*[signature]*
JON P MORISEY, PRO SE

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Quincy, Massachusetts, this __16th__ day of November, 2004.

_____
JON P MORISEY, PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that, on this __16th__ day of November, 2004, a true and complete copy of the foregoing memorandum, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

(Defendant):
STACI RAGGI
6221 BUCKSKIN DRIVE
FARMINGTON, NY 14425

(Attorney for Staci H Raggi):
ALEXANDRA BURKETT
66 N MAIN ST
CANANDAIGUA, NY 14424

(Guardian Ad Litem):
ROBERT GOSPER
1904 ROUTE 96, SUITE #2
PHELPS, NY 14532

(Ontario County Family Court Judge)
JUDGE FREDERICK REED
27 N MAIN ST
CANANDAIGUA, NY 14424

_____
JON P MORISEY, PRO SE

JON P MORISEY
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM