ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

Cause No:___ 04-12173RWZ _____

| | |
|---|---|
| Jon P Morisey, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Staci H Raggi, | ) |
|     Respondent, | ) |
| | ) |

## Motion for Appointment of Council

Comes now the Petitioner, JON P MORISEY, and in direct support of this request for relief in federal court, I request the support of a Court appointed lawyer to argue this case.

Respectfully submitted,

_____
JON P MORISEY, PRO SE

1

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Quincy, Massachusetts, this __16th__ day of November, 2004.

_____
JON P MORISEY, PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that, on this __9th__ day of October, 2004, a true and complete copy of the foregoing memorandum, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

(Defendant):
STACI RAGGI
6221 BUCKSKIN DRIVE
FARMINGTON, NY 14425

(Attorney for Staci H Raggi):
ALEXANDRA BURKETT
66 N MAIN ST
CANANDAIGUA, NY 14424

(Guardian Ad Litem):
ROBERT GOSPER
1904 ROUTE 96, SUITE #2
PHELPS, NY 14532

(Ontario County Family Court Judge)
JUDGE FREDERICK REED
27 N MAIN ST
CANANDAIGUA, NY 14424

JON P MORISEY, PRO SE

JON P MORISEY
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM