To: The Honorable Judge Rya W. Zobel
617-748-9096

From: Jon Morisey, Prose

RE: Cause 04-12173 RWZ

Original has been mailed to all parties.

Additional information showing the USPS delivery verifications.

**UNITED STATES POSTAL SERVICE**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 146U S. The delivery record shows that this item was delivered on 10/26/2004 at 12:12 PM in CANANDAIGUA, NY 14424 to E LOMBARDO. The scanned image of the recipient information is provided below.

Signature of Recipient:  _Delivery Section_
                        _L. Lombardo_
                        F. lombardo

Address of Recipient:   27 N. MAIN ST.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


**UNITED STATES POSTAL SERVICE**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 163U S. The delivery record shows that this item was delivered on 10/26/2004 at 04:30 PM in FARMINGTON, NY 14425 to B RHH. The scanned image of the recipient information is provided below.

Delivery Section

Signature of Recipient: *[signature]*
BRUCE A. RACCI

Address of Recipient: 6221 Buckskin Dr.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 132U S. The delivery record shows that this item was delivered on 10/26/2004 at 12:03 PM in CANANDAIGUA, NY 14424 to A BURKETT. The scanned image of the recipient information is provided below.

Delivery Section

Signature of Recipient: *[signature]*
Alexandra Burkett

Address of Recipient: 66 N. Main St.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 150U S. The delivery record shows that this item was delivered on 10/27/2004 at 11:41 AM in PHELPS, NY 14532 to R GOSPER. The scanned image of the recipient information is provided below.

Signature of Recipient: *Delivery Section*
*[signature]*
Robert Gosper

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service