ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Cause No: __04-12173RWZ_____

| | |
|---|---|
| Jon P Morisey, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Staci H Raggi, | ) |
|     Respondent, | ) |
| | ) |

## Motion Proving Service

Comes now the Petitioner, JON P MORISEY, supported by the affidavit of service as sworn to by John Courduvelis, asking that the Federal District Court of Boston rule in the interest of justice, that all named defendants in this case have been duly served.

1. I Jon Morisey, have understood that all parties have been served as required as evidenced by the attached affidavit of service attested to by John Courduvelis.

2. All parties have refused to return the waiver of service as of the 7th of December, 2004.

3. Ms. Raggi, Ms. Burkett, and Mr. Gosper have all filled motions for dismissal containing the cause number of this action. This serves as an indication that they were properly informed and served as required by law as the only way they could have know the cause number was from the service described in the affidavit of service sworn to by John Courduvelis.

4. Judge Frederick Reed has enlisted the legal services of the New York State Attorney General's office in his defense for this claim. I have been contacted by this attorney, Jeffery P. Mans. His e-mail requesting me to drop this case against Judge Frederick Reed, contains the cause number for this action. This serves as an indication that they were properly informed and served as required by law as the only way they could have know the cause number was from the service described in the affidavit of service sworn to by John Courduvelis.

## Summary and Prayer

WHEREFORE, the parties have clearly been properly served under the applicable laws as evidenced by the attached Affidavit of Service, postal records, e-mail, and in fact by letters written directly to the Federal District Court referencing this cause number, I request a ruling stating that all parties have been duly served and that the date of service be recorded from the postal records and Affidavit of Service.

WHEREFORE, to the extent that the Federal District Court does not rule that service has been effected on the dates listed in the Affidavit of Service and postal records, I request that a Petition to serve without payment be granted in relief of this defiance and that the defendants bear the cost of proper service by a Federal Marshall.

Respectfully submitted,

JON P MORISEY, PRO SE

HEATHER MARIE DAWOOD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
JULY 7, 2011

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Quincy, Massachusetts, this __7th__ day of December, 2004.

_____
JON P. MORISEY, PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that, on this __7th__ day of December, 2004, a true and complete copy of the foregoing memorandum, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

(Defendant):
STACI RAGGI
6221 BUCKSKIN DRIVE
FARMINGTON, NY 14425

(Attorney for Staci H Raggi and co-defendant):
ALEXANDRA BURKETT
66 N MAIN ST
CANANDAIGUA, NY 14424

(Guardian Ad Litem):
ROBERT GOSPER
1904 ROUTE 96, SUITE #2
PHELPS, NY 14532

(Attorney for Ontario County Family Court Judge Frederick Reed)
JEFFREY P. MANS, ASSISTANT ATTORNEY GENERAL, STATE OF NEW YORK
DIVISION OF STATE COUNSEL, LITIGATION BUREAU
THE CAPITOL
ALBANY, NEW YORK  12224
(518) 474-3602
JEFFREY.MANS@OAG.STATE.NY.US
BAR NO. 649264

_____
JON P MORISEY, PRO SE

JON P MORISEY
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM