ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Cause No: __04-12173RWZ__

| | |
|---|---|
| Jon P Morisey, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Staci H Raggi, | ) |
| Respondent, | ) |
| | ) |

## Affidavit of Service

Comes now the Petitioner, JON P MORISEY, presenting the affidavit of service as sworn to by John Courduvelis.

1. I John Courduvelis, am a citizen of the United States, over the age of 18, residing at 6 Barrymead Drive, Lexington, MA 02421.

2. I John Courduvelis, am a disinterested party in the above named lawsuit.

3. I John Courduvelis, on the 25th of October in the year 2004, mailed copies of the time stamped Federal complaint with all attachments and exhibits, waiver of service forms, and notice of state removal to the defendants listed below from the United State Post office Hingham, 02018 via Express Mail with Return Receipt. Each package was received on the date listed below by the person shown below:

1

A. Judge Frederick Reed, Ontario County Court

   27 North Main Street

   Canandaigua, NY 14424

   United States Post Office Tracking # ED290333146US

   Received 10/26/2004 at 12:12 PM in CANANDAIGUA, NY 14424 by E LOMBARDO.

B. Alexandra Burkett

   66 North Main Street

   Canandaigua, NY 14424

   United States Post Office Tracking # ED290333132US

   Received 10/26/2004 at 12:03 PM in CANANDAIGUA, NY 14424 by A BURKETT.

C. Robert Gosper

   1904 Route 96, Suite 2

   Phelps, NY 14532

   United States Post Office Tracking # ED290333150US

   Received 10/27/2004 at 11:41 AM in PHELPS, NY 14532 by R GOSPER.

D. Staci Raggi

   6221 Buckskin Drive

   Farmington, NY 14425

   United States Post Office Tracking # ED290333163US

   Received 10/26/2004 at 04:30 PM in FARMINGTON, NY 14425 by BRUCE A RAGGI.

4.  I John Courduvelis, have provided copies of the receipts showing the United States Post Office Express Mail was sent on the 25th of October 2004, as required by applicable laws.

5.  I John Courduvelis, have provided copies of the delivery confirmations showing the United States Post Office Express Mail was delivered on the dates listed above to the actual defendants, in the case of Mr. Gosper and Ms. Burkett; or to persons over 18 years of age capable of surmising the importance of the letter in the case of Mr. Bruce Raggi receiving on behalf of his wife Ms. Staci Raggi; as well a to Ontario County courthouse clerk, E Lombardo, acting in an official capacity, receiving on behalf of Judge Frederick Reed, as required by applicable laws.

*Heather M. Dawood*

Respectfully submitted,

JOHN COURDUVELIS

HEATHER MARIE DAWOOD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
JULY 7, 2011

### VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Quincy, Massachusetts, this __7th___ day of December, 2004.

JON P MORISEY, PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that, on this __7th__ day of December, 2004, a true and complete copy of the foregoing memorandum, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

(Defendant):
STACI RAGGI
6221 BUCKSKIN DRIVE
FARMINGTON, NY 14425

(Attorney for Staci H Raggi and co-defendant):
ALEXANDRA BURKETT
66 N MAIN ST
CANANDAIGUA, NY 14424

(Guardian Ad Litem):
ROBERT GOSPER
1904 ROUTE 96, SUITE #2
PHELPS, NY 14532

(Attorney for Ontario County Family Court Judge Frederick Reed)
JEFFREY P. MANS, ASSISTANT ATTORNEY GENERAL, STATE OF NEW YORK
DIVISION OF STATE COUNSEL, LITIGATION BUREAU
THE CAPITOL
ALBANY, NEW YORK  12224
(518) 474-3602
JEFFREY.MANS@OAG.STATE.NY.US
BAR NO. 649264

_____
JON P MORISEY, PRO SE

JON P MORISEY
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM



**USPS Express Mail Label — Customer Copy** (Label 11-B, March 2004)
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 02018
- Day of Delivery: ☒ Next
- Postage: $13.45
- Date Accepted: 10/25/04
- Scheduled Date of Delivery: Month 10 Day 26
- Time Accepted: 17:34 PM
- Scheduled Time of Delivery: ☒ PM
- Flat Rate or Weight: 1 lb 1 oz
- Total Postage & Fees: $13.45
- Acceptance Emp. Initials: SM

Tracking: ED 290333150 US

**FROM:** Phone (781) 308-7215
Jen Morisey
175 J Centre St, Apt 1 [?]
Quincy, MA 02167

**TO:** 
Robert Grespel [?]
1204 Route 16, Suite 2
Phelps, NY 14532

ZIP+4: 14532

FOR PICKUP OR TRACKING
www.usps.com
1-800-222-1811



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®
Post Office To Addressee
Label 11-B, March 2004
Customer Copy

Tracking #: ED 290333146 US

**ORIGIN (POSTAL USE ONLY)**
- PO ZIP Code: 02018
- Day of Delivery: Next
- Postage: $13.65
- Date Accepted: 10/25/04
- Scheduled Date of Delivery: Month 10 Day 26
- Return Receipt Fee: $1.75
- Time Accepted: 1:24 AM
- Scheduled Time of Delivery: PM
- Military: —
- Total Postage & Fees: $15.40
- Flat Rate or Weight: 11 ozs.
- Acceptance Emp. Initials: GM

**FROM:** (PLEASE PRINT) PHONE (781) 308-9295
Jen Merisky
175 J Centre St, Action
Quincy, MA
02169

**TO:** (PLEASE PRINT) PHONE ( )
Judge F. Reed
Canandaigua City Court
27 N Main St
Canandaigua, NY
14424

ZIP: 1 4 4 2 4 +

FOR PICKUP OR TRACKING
www.usps.com


**UNITED STATES POSTAL SERVICE**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 132U S. The delivery record shows that this item was delivered on 10/26/2004 at 12:03 PM in CANANDAIGUA, NY 14424 to A BURKETT. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *Alexandra Burkett*
ALEXANDRA BURKETT

Address of Recipient: 66 N. MAIN ST

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



**UNITED STATES POSTAL SERVICE**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 163U S. The delivery record shows that this item was delivered on 10/26/2004 at 04:30 PM in FARMINGTON, NY 14425 to B RHH. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *Bruce A. Raggi*
(BRUCE A. RAGGI)

Address of Recipient: *6221 Buckskin Dr.*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


**UNITED STATES POSTAL SERVICE**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 146U S. The delivery record shows that this item was delivered on 10/26/2004 at 12:12 PM in CANANDAIGUA, NY 14424 to E LOMBARDO. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *L. Lombardo*
*F. Lombardo*

Address of Recipient: *27 N. Main St.*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


**UNITED STATES POSTAL SERVICE..**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 150U S. The delivery record shows that this item was delivered on 10/27/2004 at 11:41 AM in PHELPS, NY 14532 to R GOSPER. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



| | |
|---|---|
| **Date:** | Fri, 03 Dec 2004 13:30:37 -0500 |
| **From:** | "Jeffrey Mans" <Jeffrey.Mans@oag.state.ny.us>  Add to Address Book |
| **To:** | jmorisey8@yahoo.com |
| **Subject:** | Morisey v Raggi, et al., USDC, D. MA, 04-CV-12173 (RWZ) (JLA) |

>>> Mr. Morisey: I am writing to confirm the telephone message that I left for you today at (781) 308-9295, with respect to the above-referenced action. I am an Assistant Attorney General for the State of New York and represent defendant Judge Reed. I am also admitted to practice before the United States District Court for the District of Massachusetts and intend to make a motion to dismiss the action against Judge Reed based upon lack of diversity jurisdiction, Younger abstention, and absolute judicial immunity, among other things. However, prior to making such motion, I am required by LR, D. Mass. 7.1(a)(2) to attempt to confer with you in good faith to resolve or narrow the issue. Accordingly, I am asking that you withdraw or discontinue your compliant against Judge Reed. Towards this end, please respond to this email, or call me at (518) 474-3602, to advise me whether you consent to withdrawing or discontinuing this action against Judge Reed. If I do not hear from you by December 7, 2004, I will assume that you do not intend to withdraw or discontinue this action against Judge Reed and will so advise the Court upon filing our motion to dismiss.

Thank you for your attention to this matter.

Jeffrey P. Mans
Assistant Attorney General
State of New York
Division of State Counsel
Litigation Bureau
The Capitol
Albany, New York 12224
(518) 474-3602
Jeffrey.Mans@oag.state.ny.us
Bar No. 649264

| Delete | Reply | Forward | Spam | Move... |

Previous | Next | Back to Messages                    Save Message Text

| Check Mail | Compose |                    | Search Mail | Search the Web |

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy