IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Cause No: _____ 04-12173RWZ _____

Jon P Morisey,                                )
                                              )
      Petitioner,                      )
                                              )
v.                                            )
                                              )
Staci H Raggi,                                )
                                              )
      Respondent,                      )
                                              )

## Request for Default Judgment

Comes now the Petitioner, JON P MORISEY, presenting a "Request for Default Judgment".

1. The United States District Court of Boston granted a "Summons in a Civil Case" on October 15, 2004 per Federal Civil Procedure Rule 4a.

2. The United States District Court of Boston fixed no deadline for filing an answer and therefore the 30-day limit applies per Federal Civil Procedure Rule 4.

3. I caused Judge Frederick Reed to be served a copy of the complaint along with the date stamped Federal summons per Federal Civil Procedure Rule 4c1. This was mailed via the US Postal Service's Express mail with return receipt, tracking number ED 290333146 US on the 25th day or October 2004.

4. The US Postal Service's Express mail package, tracking number ED 290333146 US, was signed for by "E Lombardo" at 12:12 PM EST, on the 26th day of October 2004 at

1

27 North Main Street, at the county of Ontario Courthouse in the city of Canandaigua, New York.

5. The "Affadavit of Service", signed by John Courduvelis was included in the same mailing with the "Motion Proving Service" and mailed to all parties on the 12th day of December, 2004.

6. No answer from Judge Frederick Reed or his attorney has been provided to date. Having been served on the 26th of October, 2004; and today being the 20th day of December, 2004; clearly the 30 day answer period, exclusive of holidays which are to be omitted by law (Federal Civil Procedure Rule 6) has expired.

7. On the 3rd day of December 2004, Jeffrey Mans of the New York State Attorney General's Office wrote me the attached e-mail, referring to the cause number, stating he intended to file a "Motion to dismiss" in his representation of Judge Frederick Reed. No motion was forthcoming. As of that date, time had already expired for Judge Frederick Reed to provide an answer, motion, or responsive pleading.

8. There shall be timely service following the rules of Federal Civil procedure or those applicable to the jurisdiction where the parties are being served. These rules have been followed.

9. If no answer is provided within the proper amount of time, a "Default Judgment" may be requested per Federal Civil Procedure Rule 55.

10. The defendant, Judge Frederick Reed, is an acting judge in the New York State family court system; as such he could not possibly be an infant, incompetent, or in active military service. Federal Civil Procedure Rule 4(g) requires special considerations for infants and incompetents, Frederick Reed is neither, and this condition of service has

been met. 50 USC app section requires a statement that the defendant is not in active military service, which has been provided above.

11. A certain and calculable sum has been derived as $500,000 attributable to Judge Frederick Reed. The sum has been calculated as his portion of the $2,000,000 requested in the initial complaint, divided equally amongst four defendants.

### Summary and Prayer

Comes now the Plaintiff, JON P MORISEY, asking for relief based on the summary and prayer provided below.

1. WHEREFORE the Plaintiff has been injured by the defendant a payment of $500,000 will be granted immediately.

2. WHEREFORE the Defendants may attempt to avoid payment through disguise or transfer of their assets, the Plaintiff requests a thorough financial statement be generated for each Defendant and provided to the Federal Court within 30 days of the acceptance of this motion. The Defendants will be ordered to refrain for transferring or disguising the assets under penalty of Federal contempt charges.

3. WHEREFORE the Judge Frederick Reed's bias has made all prior divorce related rulings unreliable, all prior petitions and appeals will be reconsidered and prior rulings will be overturned with all due haste in a jurisdiction suitable to hear such claims. The judge should be of high moral character and should routinely discharge his/her duties in deciding child custody issue that has a demonstrable lack of bias.

4. WHEREFORE the Judge Frederick Reed has acted to exclude evidence and witnesses from appearing on my behalf at the proceedings, New York State will be required to reverse this pattern of exclusion by allowing the entry of evidence and witnesses. To

the extent that a Pro Se party cannot entice the witnesses and evidence to appear, the Court will aid and assist in the process in the interest of fairness and ending bias.

5. WHEREFORE Judge Frederick Reed has acted to exclude criminal charges against the co-conspirators, these charges will be referred to the New York State Attorney General, or a jurisdiction deemed appropriate, for prosecution to the fullest extent allowed by the law. Judge Frederick Reed's bias has prevented the successful airing of these charges, which should now be heard. Those charges are:

    A. New York State Penal law "Witness Tampering in the 4th", Judge Frederick Reed

    B. New York State Penal law "Perjury", Staci Raggi.

    C. New York State Penal law "Visitation Violations", Staci Raggi.

    D. New York State Penal law "Unethical Procedural Violations", Alexandra Burkett.

    E. New York State Penal law "Solicitation", Alexandra Burkett.

    F. Practicing out of jurisdiction, Alexandra Burkett.

    G. New York State Penal law "Unethical Procedural Violations", Robert Gosper.

6. WHEREFORE the Defendants Judge Frederick Reed still presides over biased proceedings in New York State and given the continued pattern of bias, a change of jurisdiction to the Albany Family Court system is requested. As the default judgment is likely to create a heightened degree of tension in his court, I formally request a permanent change of venue out of Ontario County, to Albany New York. To further that end, please refer to my enclosed "Motion to Stay Ontario County Proceedings", so that no more Ontario County rulings may proceed until the civil rights violations are addressed and the pattern of judicial system abuse is revealed.

Respectfully submitted,

_____
JON MORISEY, PRO SE

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Quincy, Massachusetts, this __22nd___ day of December, 2004.

_____
JON P MORISEY, PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that, on this __22nd__ day of December, 2004, a true and complete copy of the foregoing memorandum, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

(Defendant):
STACI RAGGI
6221 BUCKSKIN DRIVE
FARMINGTON, NY 14425

(Attorney for Staci H Raggi and co-defendant):
ALEXANDRA BURKETT
66 N MAIN ST
CANANDAIGUA, NY 14424

(Guardian Ad Litem):
ROBERT GOSPER
1904 ROUTE 96, SUITE #2
PHELPS, NY 14532

(Attorney for Ontario County Family Court Judge Frederick Reed)
JEFFREY P. MANS, ASSISTANT ATTORNEY GENERAL, STATE OF NEW YORK
DIVISION OF STATE COUNSEL, LITIGATION BUREAU
THE CAPITOL
ALBANY, NEW YORK 12224
(518) 474-3602
JEFFREY.MANS@OAG.STATE.NY.US
BAR NO. 649264

_____
JON P MORISEY, PRO SE

JON P MORISEY
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM

COPY

OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### Eastern District of Massachusetts Boston Division

**SUMMONS IN A CIVIL CASE**

MORISEY V. RAGGI et al

CASE

TO: JUDGE FREDERICK REED
27 N MAIN ST
CANANDAIGUA, NY 14424

**YOU ARE HEREBY SUMMONED** and required to serve upon

PLAINTIFF'S ATTORNEY

JON P MORISEY, PRO SE
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

**Customer Copy** — Post Office To Addressee

ED 290333146 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 02018
- Day of Delivery: Next
- Postage: $13.65
- Date Accepted: 10/25/04
- Scheduled Date of Delivery: Month 10 Day 26
- Return Receipt Fee: $1.75
- Time Accepted: 1:24 AM
- Scheduled Time of Delivery: PM
- Flat Rate or Weight: 11 oz
- Total Postage & Fees: $15.40
- Acceptance Emp. Initials: SM

**FROM:** PHONE: 781-308-7275
Jen Moristy
175 J Centre St, Apt 104
Quincy, MA
02169

**TO:** PHONE:
Judge F. Read
Orleans City Court
27 N Main St. NY
Canandaigua, NY
14424

ZIP: 1 4 4 2 4 +

FOR PICKUP OR TRACKING
www.usps.com
1-800-222-1811
EMS

COPY