IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Cause No:  04-12173RWZ

| | |
|---|---|
| Jon P Morisey, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Staci H Raggi, | ) |
| Respondent, | ) |
| | ) |

## Affidavit of Service

Comes now the Petitioner, JON P MORISEY, presenting the affidavit of service as sworn to by John Courduvelis.

1. I John Courduvelis, am a citizen of the United States, over the age of 18, residing at 6 Barrymead Drive, Lexington, MA 02421.

2. I John Courduvelis, am a disinterested party in the above named lawsuit.

3. I John Courduvelis, on the 25th of October in the year 2004, mailed copies of the time stamped Federal complaint with all attachments and exhibits, waiver of service forms, and notice of state removal to the defendants listed below from the United State Post office Hingham, 02018 via Express Mail with Return Receipt. Each package was received on the date listed below by the person shown below:

A. Judge Frederick Reed, Ontario County Court

   27 North Main Street

   Canandaigua, NY 14424

   United States Post Office Tracking # ED290333146US

   Received 10/26/2004 at 12:12 PM in CANANDAIGUA, NY 14424 by E LOMBARDO.

B. Alexandra Burkett

   66 North Main Street

   Canandaigua, NY 14424

   United States Post Office Tracking # ED290333132US

   Received 10/26/2004 at 12:03 PM in CANANDAIGUA, NY 14424 by A BURKETT.

C. Robert Gosper

   1904 Route 96, Suite 2

   Phelps, NY 14532

   United States Post Office Tracking # ED290333150US

   Received 10/27/2004 at 11:41 AM in PHELPS, NY 14532 by R GOSPER.

D. Staci Raggi

   6221 Buckskin Drive

   Farmington, NY 14425

   United States Post Office Tracking # ED290333163US

   Received 10/26/2004 at 04:30 PM in FARMINGTON, NY 14425 by BRUCE A RAGGI.

4. I John Courduvelis, have provided copies of the receipts showing the United States Post Office Express Mail was sent on the 25th of October 2004, as required by applicable laws.

5. I John Courduvelis, have provided copies of the delivery confirmations showing the United States Post Office Express Mail was delivered on the dates listed above to the actual defendants, in the case of Mr. Gosper and Ms. Burkett; or to persons over 18 years of age capable of surmising the importance of the letter in the case of Mr. Bruce Raggi receiving on behalf of his wife Ms. Staci Raggi; as well a to Ontario County courthouse clerk, E Lombardo, acting in an official capacity, receiving on behalf of Judge Frederick Reed, as required by applicable laws.

Respectfully submitted,

_____
JOHN COURDUVELIS

CATHERINE L. FOLEY
NOTARY PUBLIC
MY COMMISSION EXPIRES OCT 13, 2006

VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Quincy, Massachusetts, this __7th__ day of December, 2004.

_____
JON P MORISEY, PRO SE

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this __7th__ day of December, 2004, a true and complete copy of the foregoing memorandum, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings, to-wit:

(Defendant):
STACI RAGGI
6221 BUCKSKIN DRIVE
FARMINGTON, NY 14425

(Attorney for Staci H Raggi and co-defendant):
ALEXANDRA BURKETT
66 N MAIN ST
CANANDAIGUA, NY 14424

(Guardian Ad Litem):
ROBERT GOSPER
1904 ROUTE 96, SUITE #2
PHELPS, NY 14532

(Attorney for Ontario County Family Court Judge Frederick Reed)
JEFFREY P. MANS, ASSISTANT ATTORNEY GENERAL, STATE OF NEW YORK
DIVISION OF STATE COUNSEL, LITIGATION BUREAU
THE CAPITOL
ALBANY, NEW YORK 12224
(518) 474-3602
JEFFREY.MANS@OAG.STATE.NY.US
BAR NO. 649264

_____
JON P MORISEY, PRO SE

JON P MORISEY
175 J CENTRE ST, APT 1001
QUINCY, MA 02169
781-308-9295
JMORISEY8@YAHOO.COM

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jon Morisey
175 J Centre St, Apt 101
Quincy, MA
02169

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X E. Lombardo   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) E Lombardo    C. Date of Delivery 10/26/04<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br>Judge Reed<br>Ontario Cty Family Ct.<br>27 N Main St.<br>Canadaigua, NY<br>14424 | 3. Service Type<br>☐ Certified Mail   ☒ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   290 333 146 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540


**UNITED STATES POSTAL SERVICE**

Date: 11/02/2004

JON P MORISEY:

The following is in response to your 11/02/2004 request for delivery information on your Express Mail item number ED29 0333 146U S. The delivery record shows that this item was delivered on 10/26/2004 at 12:12 PM in CANANDAIGUA, NY 14424 to E LOMBARDO. The scanned image of the recipient information is provided below.

Signature of Recipient: *E. Lombardo / F. Lombardo*

Address of Recipient: *27 N. Main St.*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Fri, 03 Dec 2004 13:30:37 -0500
**From:** "Jeffrey Mans" <Jeffrey.Mans@oag.state.ny.us>   View Contact Details
**To:** jmorisey8@yahoo.com
**Subject:** Morisey v Raggi, et al., USDC, D. MA, 04-CV-12173 (RWZ) (JLA)

>>> Mr. Morisey: I am writing to confirm the telephone message that I left for you today at (781) 308-9295, with respect to the above-referenced action. I am an Assistant Attorney General for the State of New York and represent defendant Judge Reed. I am also admitted to practice before the United States District Court for the District of Massachusetts and intend to make a motion to dismiss the action against Judge Reed based upon lack of diversity jurisdiction, Younger abstention, and absolute judicial immunity, among other things. However, prior to making such motion, I am required by LR, D. Mass. 7.1(a)(2) to attempt to confer with you in good faith to resolve or narrow the issue. Accordingly, I am asking that you withdraw or discontinue your compliant against Judge Reed. Towards this end, please respond to this email, or call me at (518) 474-3602, to advise me whether you consent to withdrawing or discontinuing this action against Judge Reed. If I do not hear from you by December 7, 2004, I will assume that you do not intend to withdraw or discontinue this action against Judge Reed and will so advise the Court upon filing our motion to dismiss.

   Thank you for your attention to this matter.

            Jeffrey P. Mans
            Assistant Attorney General
            State of New York
            Division of State Counsel
            Litigation Bureau
            The Capitol
            Albany, New York  12224
            (518) 474-3602
            Jeffrey.Mans@oag.state.ny.us
            Bar No. 649264

