UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JON P. MORISEY,

|                                              |                                    |
|----------------------------------------------|------------------------------------|
|                                  *Plaintiff*, | **NOTICE OF CROSS-MOTION**         |
|                     -against-                | 04-CV-12173                        |
| STACI H. RAGGI, JUDGE FREDERICK REED, ROBERT GOSPER, and ALEXANDRA BURKETT, | (RWZ) (JLA) |
|                                 *Defendants*. |                                    |

PLEASE TAKE NOTICE that upon the annexed affirmation of Jeffrey P. Mans, Assistant Attorney General, affirmed on January 3, 2005, in opposition to plaintiff's Request for Default Judgment dated December 22, 2004, and in support of defendant Judge Reed's cross-motion to dismiss pursuant to FRCP Rule 12(b)(6) and/or summary judgment pursuant to FRCP Rule 56(b); Certification pursuant to Local Rule 7.1(a)(2); and, defendant Judge Reed's memorandum of law in opposition to the plaintiff's motion and in support of his cross-motion; and, upon all prior proceedings and papers herein, defendant Judge Frederick G. Reed will make a cross-motion at the United States District Court, District of Massachusetts, U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts, on February 7, 2005, at 9:30 AM, or as soon thereafter as counsel may be heard, upon submission, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and/or in the alternative for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, based upon plaintiff's failure to state a claim, lack of personal and subject matter jurisdiction, Younger abstention and/or the Rooker-Feldman doctrine, on the grounds that there is no genuine issue as to any material fact and that state defendants are entitled to judgment as a matter of law.

PLEASE NOTE that pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, when a motion for summary judgment is made and properly supported, you may not simply rely upon your complaint, but you must respond by affidavits or as otherwise provided in that rule, setting forth specific facts showing that there is a genuine issue of material fact for trial. Any factual assertions in our affidavits will be accepted by the District Judge as being true unless you submit affidavits or other documentary evidence contradicting our assertions. If you do not so respond, summary judgment, if appropriate, may be entered against you. If summary judgment is granted against you, your case will be dismissed and there will be no trial.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 7.1(b)(2), any papers to be submitted in opposition to the within motion must be filed with the Court and served upon the undersigned counsel for the state defendants no later than fourteen (14) days prior to the return date of the motion herein.

Dated: Albany, New York
       January 3, 2005

                      ELIOT SPITZER
                      Attorney General of the State of New York
                      Attorney for State Defendant Reed
                      Office of the Attorney General
                      The Capitol
                      Albany, New York  12224

                      By:

                        /S/
                      Jeffrey P. Mans
                      Assistant Attorney General
                      BBO No. 649264
                      Telephone: (518) 474-3602
                      Jeffrey.Mans@oag.state.ny.us

To:    Jon P. Morisey
       Plaintiff *pro se*
       175 J Centre Street, Apt. 1001
       Quincy, Massachusetts  02169

       Staci Raggi
       6221 Buckskin Drive
       Farmington, New York  14425

       Alexandra Burkett, Esq.
       66 N. Main Street
       Canandaigua, New York  14424

       Robert Gosper, Esq.
       1904 Route 96, Suite No. 2
       Phelps, New York  14532