UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JON P. MORISEY,

                                *Plaintiff*,

    -against-

STACI H. RAGGI, JUDGE FREDERICK REED, ROBERT GOSPER, and ALEXANDRA BURKETT,

                                *Defendants*.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

04-CV-12173

(RWZ) (JLA)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with the plaintiff in a good faith effort to resolve or narrow the issues involved in defendant Judge Reed's motion to dismiss and/or for summary judgment.

Dated: Albany, New York
        January 3, 2005

                          ELIOT SPITZER
                          Attorney General of the State of New York
                          Attorney for State Defendant Reed
                          Office of the Attorney General
                          The Capitol
                          Albany, New York  12224

                          By:

                          ___/S/_____
                          Jeffrey P. Mans
                          Assistant Attorney General
                          BBO No. 649264
                          Telephone: (518) 474-3602
                          Jeffrey.Mans@oag.state.ny.us

To:  Jon P. Morisey
Plaintiff *pro se*
175 J Centre Street, Apt. 1001
Quincy, Massachusetts  02169

Staci Raggi
6221 Buckskin Drive
Farmington, New York  14425

Alexandra Burkett, Esq.
66 N. Main Street
Canandaigua, New York  14424

Robert Gosper, Esq.
1904 Route 96, Suite No. 2
Phelps, New York  14532