F.C.A. §216

General Form 12
10/2004
(Clerk's Certification)

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO

CLERK'S CERTIFICATION

    I, Michael R. Morrisey, Chief Clerk of the Family Court of the State of New York, Ontario County, do hereby certify that I have compared the foregoing copies of a petition filed by Jon Morisey sworn to on March 20, 2003, a petition filed by Staci Raggi sworn to on April 2, 2003, and summons issued on April 1, 2003 and April 9, 2003 relative to the aforementioned petitions with the originals thereof filed in this Court and that the same are true and complete copies of such originals.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 29th day of December, 2004.

_____ ((by) _____ )
Chief Clerk

(Seal)

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ONTARIO

GF2 8/2002

In the Matter of a **Custody/Visitation** Proceeding

**Jon P Morisey,**

                          Petitioner,

  - against -

**Staci Raggi,**

                         Respondent.

File #: 1594
Docket #: V-00934-03
         V-00935-03

**SUMMONS**

RECEIVED
NYS OFFICE OF THE
DEC 3 1 2004
ATTORNEY GENERAL
LITIGATION BUREAU

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To:  Staci Raggi
      6221 Buckskin Drive
      Farmington, NY 14425

A petition under Article 6 of the Family Court Act having been filed with this Court, and annexed hereto

YOU ARE HEREBY SUMMONED to appear before this court on

**Date/Time:** May 8, 2003 at 10:30 AM
**Part:** FGR
**Floor/Room:** Floor 1/Room Courtroom 123
**Presiding:** Hon. Frederick G. Reed
**Location:** Courthouse
27 N. Main St.
Canandaigua, NY 14424-1447
(585) 396-4272

to answer the petitions and to be dealt with in accordance with the Family Court Act.

**On your failure to appear as herein directed, a warrant may be issued for your arrest.**

Dated: April 1, 2003                 Michael R. Morrisey, Clerk of Court

**NOTICE:** Family Court §154(c) provides that petitions brought pursuant to Article 4, 5, 6, 8 and 10 of the Family Court Act, in which an order of protection is sought or in which a violation of an order of protection is alleged, may be served outside the State of New York upon a Respondent who is not a resident or domiciliary of the State of New York. If no other grounds for obtaining personal jurisdiction over the Respondent exist aside from the application of this provision, the exercise of personal jurisdiction over the respondent is limited to the issue of the request for, or alleged violation of, the order of protection. Where the Respondent has been served with this summons and petition does not appear, the Family Court may proceed to a hearing with respect to issuance or enforcement of the order of protection.

CC:   Jon P Morisey, Petitioner

3/00   **FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF ONTARIO**

Jon Morisey, PETITIONER
STREET ADDRESS: 6066 Calm Lake Dr
MAILING ADDRESS: _____
CITY Farmington STATE NY ZIP CODE 14425
PHONE # HOME 585 7376444 WORK _____
BIRTHDATE ▮▮ SOCIAL SECURITY # ▮▮▮

'03 MAR 20  ONTARIO FAMILY COURT

V-934-03
V-935-03

DOCKET # ~~V-934-03~~
PETITION FOR MODIFICATION
OF AN ORDER OF: ANOTHER

AGAINST
Siara Raggi, RESPONDENT
STREET ADDRESS: 6221 Buckskin Dr
MAILING ADDRESS: _____
CITY Farmington STATE NY ZIP CODE 14425
PHONE # HOME 585-924-4851 WORK _____
BIRTHDATE ▮▮ SOCIAL SECURITY # ▮▮▮

CUSTODY        ( )
VISITATION     (✓)
FAMILY OFFENSE ( )
OTHER: _____

**THE PETITIONER, BEING DULY SWORN, ALLEGES THAT:**

1. The Petitioner is related to the Respondent(s) as follows: spouse ( ); former spouse (✓); have child in common ( ); other _____

2. The relationship of the parties to the child(ren) is:

   |              | MOTHER | FATHER | OTHER |
   |--------------|--------|--------|-------|
   | Petitioner   | ( )    | (✓)    |       |
   | Respondent 1 | ( )    | ( )    |       |
   | Respondent 2 | ( )    | ( )    |       |

3. The children that are the subjects of this proceeding are:

   | NAME | LIVES WITH | AGE/DATE OF BIRTH |
   |------|------------|-------------------|
   | Patrick Morisey | PET ( ) RESP (✓) | ▮▮ |
   | Rianne Morisey | PET ( ) RESP (✓) | ▮▮ |
   |  | PET ( ) RESP ( ) |  |
   |  | PET ( ) RESP ( ) |  |

4. By an order of this Court, dated April 6, 2001, Petitioner ( ) Respondent ( ) was directed to: Allow visitation Thursdays & E.O. weekend 2 weeks in summer, Christmas Break, E.O. Spring break

5. What has changed since the last order was made?
   Traveling for work, Visitation games w/ kids

6. The order should be changed as follows:
   1 week per month staying overnight including all school interactions implied

7. When was the last time you petitioned for a change of this order? What court were you in and what happened:
   ∅

8. Are you currently scheduled for any other court proceeding? NO . If you are, when_____, where_____ and for what type of proceeding _____

## VERIFICATION

I SWEAR THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE. I ASK THE COURT TO GRANT THE RELIEF I HAVE REQUESTED OR OTHER APPROPRIATE RELIEF.

[signature]
PETITIONER

Sworn to before me this
20 day of Mar., 2003

[signature] Lesley J. Taylor
(Deputy) Clerk of the Court
Notary or Comm. of Deeds

LESLEY J. TAYLOR
NOTARY PUBLIC, State of New York
Ontario County, No. 01TA6057758
Commission Expires April 23, 2003

**FOR CUSTODY/VISITATION PROCEEDINGS:** BOTH PARENTS MUST NAMED AS PARTIES TO THIS PROCEEDING. IF PETITIONER IS NOT A PARENT THEN BOTH PARENTS MUST BE NAMED AS RESPONDENTS. IF THE PETITIONER IS A PARENT THEN THE OTHER PARENT MUST ALSO BE NAMED AS A RESPONDENT, IN ADDITION TO ANY OTHER PERSON NAMED.

_Jon Morsy_, PETITIONER

AGAINST

_Staci Raggi_, RESPONDENT    DOCKET #

AFFIDAVIT

1. The child(ren) involved in this proceeding live at:

   NAME _Patrick Morsy_    ADDRESS _6221 Buckskin Dr Farmington NY 14425_
   _Rianne Morsy_    "

2. During the last five years each of the child(ren) involved in this proceeding lived at what address and with whom? (if the child(ren) are under the age of 5, then from the date of each child's birth):

   | CHILD(REN)'S NAME | WITH WHOM AT/ADDRESS | DATES AT EACH ADDRESS (FROM WHEN/TO WHEN) |
   |---|---|---|
   | Patrick | Mom | 8/01 – Present |
   | Rianne | " | " |
   | Patrick & Rianne | 905 Raccoon Run | Birth – 8/01 |

3. Petitioner has (not) participated as a (party) (witness) ( ) (specify other capacity) ~~in other litigation~~ concerning the custody of the same child(ren) in (New York State) ( ) (specify other state) (or any other state).

4. Petitioner has (no) information of any custody ~~proceeding concer~~ning the custody ~~of the~~ same child(ren) pending in (New York State) ( ) (or any other state) (which has (not) been stayed by order of court), (except), _____

5. Petitioner (does not) know(s) of any person not a party to the proceedings ~~who has~~ physical custody of the child(ren) affected by this proceeding or who claims to have custody or visitation rights with respect to the same child(ren).

_[signature]_
PETITIONER

Sworn to before me this
20 day of March, 2003

_[signature]_
(Deputy) Clerk of the Court
Notary or Comm of Deeds

LESLEY J. TAYLOR
NOTARY PUBLIC, State of New York
Ontario County, No. 01TA6057758
Commission Expires April 23, 2003

FAMILY COURT OF THE STATE OF NEW YORK  
COUNTY OF ONTARIO

GF2 8/2002

In the Matter of a **Custody/Visitation** Proceeding

**Staci Raggi,**

                         Petitioner,

    - against -

**Jon P Morisey,**

                         Respondent.

File #:     1594  
Docket #:  V-00934-03/03A  
               V-00935-03/03A

**SUMMONS**

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

    To:    Jon P Morisey  
               6066 Calm Lake Drive  
               Farmington, NY 14425

A petition under Article 6 of the Family Court Act having been filed with this Court, and annexed hereto

YOU ARE HEREBY SUMMONED to appear before this court on

    **Date/Time:**    May 8, 2003 at 10:30 AM  
    **Part:**            FGR  
    **Floor/Room:**  Floor 1/Room Courtroom 123  
    **Presiding:**     Hon. Frederick G. Reed  
    **Location:**      Courthouse  
                       27 N. Main St.  
                       Canandaigua, NY 14424-1447  
                       (585) 396-4272

to answer the petitions and to be dealt with in accordance with the Family Court Act.

**On your failure to appear as herein directed, a warrant may be issued for your arrest.**

Dated: April 9, 2003                          Michael R. Morrisey, Clerk of Court

**NOTICE:** Family Court §154(c) provides that petitions brought pursuant to Article 4, 5, 6, 8 and 10 of the Family Court Act, in which an order of protection is sought or in which a violation of an order of protection is alleged, may be served outside the State of New York upon a Respondent who is not a resident or domiciliary of the State of New York. If no other grounds for obtaining personal jurisdiction over the Respondent exist aside from the application of this provision, the exercise of personal jurisdiction over the respondent is limited to the issue of the request for, or alleged violation of, the order of protection. Where the Respondent has been served with this summons and petition does not appear, the Family Court may proceed to a hearing with respect to issuance or enforcement of the order of protection.

    CC:     Staci Raggi, Petitioner

# FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF ONTARIO

3/00

Staci Raggi, PETITIONER
STREET ADDRESS: 6221 Buckskin Drive
MAILING ADDRESS: (Same)
CITY Farmington STATE NY ZIP CODE 14425
PHONE # HOME ▮▮▮ WORK ▮▮▮
BIRTHDATE ▮▮▮ SOCIAL SECURITY # ▮▮▮

AGAINST

Jon Morisey, RESPONDENT
STREET ADDRESS: 6066 Calm Lake Drive
MAILING ADDRESS: (Same)
CITY Farmington STATE NY ZIP CODE 14425
PHONE # HOME ▮▮▮ WORK ▮▮▮
BIRTHDATE ▮▮▮ SOCIAL SECURITY # ▮▮▮

DOCKET # V-00934-03
         V-00935-03

PETITION FOR MODIFICATION
OF AN ORDER MADE BY
ANOTHER COURT

VISITATION (X)
CUSTODY   ( )

## THE PETITIONER, BEING DULY SWORN, ALLEGES THAT:

1. The Petitioner seeks to change an order dated April 6th, 2001, made by the following court: Supreme Court of Ontario Cty.

2. The judgment or order provided the following: (attach copy)
G. During Spring recess on even-numbered yrs. The defendant shall have the children from Wed. @ 12 noon until Sun. @ 730pm. On odd-numbered years the Defendant shall have the children from the close of school preceding the first day of the Spring recess until the following wed. @ 12

3. The children that are the subjects of this proceeding are:

| NAME | RELATIONSHIP TO Petitioner | Respondent | DATE OF BIRTH |
|---|---|---|---|
| Rianne Morisey | daughter | daughter | ▮▮▮ |
| Patrick Morisey | son | son | ▮▮▮ |

4. A true copy of the judgment or order is attached.

5. (✓) The New York State Supreme Court has not retained exclusive jurisdiction to modify this judgment or order.

( ) The _____ Court had the jurisdiction to issue the above order.

6. Since the judgment or order was issued what change has occured? Safety and emotional health concerns for daughter based on her self-report. (eg. lack of food, fear of father) children are prevented from calling mother when sad or scared. Daughter is expressing not wanting to live if has to see father and would rather be put in jail than be forced to see father.

7. The order or judgment should be changed as follows: Allow eht' daughter to remain with mother for recess and consider law guardian involvement to determine other modifications to visitation.

8. Are you currently scheduled for any other court proceeding? Yes . If you are, when 4/29/03 1:30, where Ontario and for what type of proceeding support hearing for arrears

## VERIFICATION

I SWEAR THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE. I ASK THE COURT TO GRANT THE RELIEF I HAVE REQUESTED OR OTHER APPROPRIATE RELIEF.

*Staci Ragop*
PETITIONER

Sworn to before me this
2nd day of April, 2003

*Julie A. Harris*
(Deputy) Clerk of the Court
Notary or Comm. of Deeds.

JULIE ...
Notary Public ... of ...
Ontario County ...
My Commission Expires
June 1 2003

_Staci Raggi_____, PETITIONER

AGAINST                                    DOCKET #

_Jon Morisey_____, RESPONDENT    AFFIDAVIT

1. The child(ren) involved in this proceeding live at:

   NAME                    ADDRESS
   Rianne Morisey          6221 Buckskin Dr. Farmington, N.Y. 14425
   Patrick Morisey         "

2. During the last five years each of the child(ren) involved in this proceeding lived at what address and with whom?(if the child(ren) are under the age of 5, then from the date of each child's birth):

   | CHILD(REN)'S NAME | WITH WHOM AT/ADDRESS | DATES AT EACH ADDRESS (FROM WHEN/TO WHEN) |
   |---|---|---|
   | Rianne Morisey | (mom) 905 Raccoon Run, Victor | birth - 8/01 |
   | Patrick Morisey | (mom) " | birth - 8/01 |
   | Rianne & Patrick Morisey | (mom & stepdad) 6221 Buckskin Dr. | 8/01 - present |

3. Petitioner has (not) participated as a (party) (witness) (         ) (specify other capacity) in other litigation concerning the custody of the same child(ren) in (New York State) (       ) (specify other state) (or any other state).

4. Petitioner has (no) information of any custody proceeding concerning the custody of the same child(ren) pending in (New York State) (       ) (or any other state) (which has (not) been stayed by order of court), (except), _____

5. Petitioner (does not) know(s) of any person not a party to the proceedings who has physical custody of the child(ren) affected by this proceeding or who claims to have custody or visitation rights with respect to the same child(ren).

                                          _Staci H Raggi_____
                                          PETITIONER

Sworn to before me this
2nd day of April, 2003

_Julie J. Harris_____
(Deputy) Clerk of the Court
Notary or Comm. of Deeds

Notary Public State of
Ontario County ~~ #4...678
My Commission Expires
June 1, 2003