2000 U.S. App. LEXIS 23913, *

LEXSEE 2000 US APP LEXIS 23913

**MARIAN E. HAMPTON, Plaintiff, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, Defendant, Appellee.**

No. 99-1136

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

2000 U.S. App. LEXIS 23913

September 26, 2000, Decided

**NOTICE:** [*1] RULES OF THE FIRST CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**SUBSEQUENT HISTORY:** Reported in Table Case Format at: *2000 U.S. App. LEXIS 31066.*

**PRIOR HISTORY:** APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. Hon. Robert E. Keeton, U.S. District Judge.

**DISPOSITION:** Affirmed.

**COUNSEL:** Marian E. Hampton on brief pro se.

Thomas F. Reilly, Attorney General and John E. Bowman, Jr., Assistant Attorney General, on brief for appellee.

**JUDGES:** Before Torruella, Chief Judge, Boudin and Lynch, Circuit Judges.

**OPINION:**

**Per Curiam**. We have reviewed the parties' briefs and the record on appeal. We review de novo the legal determination of whether the requirements for abstention have been met. *Brooks v. New Hampshire Supreme Court, 80 F.3d 633, 637 (1st Cir. 1996).* We conclude that the requirements were met and the district court did not err in dismissing the case on abstention grounds.

At the time of the district court's December 16, 1998 hearing, there was (1) an ongoing state judicial proceeding, (2) implicating important state interests, (3) which provided appellant an adequate opportunity to raise her constitutional challenge. See *Middlesex Ethics Comm. v. Garden State Bar Ass'n, 457 U.S. 423, 432, 73 L. Ed. 2d 116, 102 S. Ct. 2515 (1982)* [*2] (outlining the three part inquiry); see also *Brooks v. New Hampshire Supreme Court, 80 F.3d at 638.* Appellant, herself, foreclosed her opportunity for state court consideration of her claim when she voluntarily absented herself from the divorce trial.

The district court judgment of dismissal, dated December 16, 1998, is affirmed.