UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JON P. MORISEY,

                          *Plaintiff*,

-against-

STACI H. RAGGI, JUDGE FREDERICK REED,
ROBERT GOSPER, and ALEXANDRA BURKETT,

                          *Defendants*.

**NOTICE OF APPEARANCE**

04-CV-12173

(RWZ) (JLA)

     PLEASE TAKE NOTICE that the undersigned, whose address and telephone number are noted below, hereby appears on behalf of state defendant Judge Frederick G. Reed in the above captioned action.

Dated: Albany, New York
        January 3, 2005

                                      ELIOT SPITZER
                                      Attorney General of the State of New York
                                      Attorney for State Defendant Reed
                                      Office of the Attorney General
                                      The Capitol
                                      Albany, New York  12224
                                      By:

                                      /S/
                                      Jeffrey P. Mans
                                      Assistant Attorney General
                                      BBO No. 649264
                                      Telephone: (518) 474-3602
                                      Jeffrey.Mans@oag.state.ny.us

To:    Jon P. Morisey
         Plaintiff *pro se*
         175 J Centre Street, Apt. 1001
         Quincy, Massachusetts  02169

         Staci Raggi
         6221 Buckskin Drive
         Farmington, New York  14425

         Alexandra Burkett, Esq.
         66 N. Main Street
         Canandaigua, New York  14424

         Robert Gosper, Esq.
         1904 Route 96, Suite No. 2
         Phelps, New York  14532