# CERTIFICATE/DECLARATION OF SERVICE

I, Jeffrey P. Mans, hereby certify and declare pursuant to 28 USC **§** 1746, that on January 3, 2005, a true copy of the accompanying **Notice of Appearance, Notice of Cross-Motion, Affirmation of Jeffrey P. Mans, Certification Pursuant to Local Rule 7.1(a)(2)**, and **Memorandum of Law**, was served upon the following individuals, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individuals at the addresses designated for that purpose, as follows:

Jon P. Morisey
Plaintiff *pro se*
175 J Centre Street, Apt. 1001
Quincy, Massachusetts  02169

Staci Raggi
6221 Buckskin Drive
Farmington, New York  14425

Alexandra Burkett, Esq.
66 N. Main Street
Canandaigua, New York  14424

Robert Gosper, Esq.
1904 Route 96, Suite No. 2
Phelps, New York  14532

Dated: January 3, 2005
        Albany, New York

_____
Jeffrey P. Mans
BBO No. 649264