

**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct:  (518) 474-3602

February 17, 2005

Hon. Tony Anastas, Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    *Morisey v. Raggi, et al.*
            District of Massachusetts
            04-CV-12173 (RWZ) (JLA)

Dear Mr. Anastas:

      On January 3, 2005, defendant Judge Reed filed and served papers in opposition to plaintiff's motion for a default judgment (Docket No. 13) and cross-moved to dismiss the complaint and/or for summary judgment (Docket No. 16).  On February 15, 2004, plaintiff apparently served a Request for Evidentiary Hearing pursuant to FRCP Rule 55(b)(2), in which he submits, *inter alia*, a reply and opposition to defendant Judge Reed's cross-motion.

      Since more than fourteen (14) days have passed since defendant Reed filed his cross-motion, and no adjournment has been requested or granted, or court order issued, granting plaintiff an extension to file and serve his reply/opposition papers, it is respectfully submitted that plaintiff's reply/opposition is untimely and unauthorized pursuant to Local Rule 7.1(b)(2) and (3), and should be rejected.

                                        Respectfully yours,

                                        /S/ *Jeffrey P. Mans*

                                        Jeffrey P. Mans
                                        Assistant Attorney General
                                        BBO No. 649264
                                        Telephone: (518) 474-3602
                                        Jeffrey.Mans@oag.state.ny.us

February 17, 2005
Page 2


To:    Jon P. Morisey
Plaintiff *pro se*
175 J Centre Street, Apt. 1001
Quincy, Massachusetts  02169

Staci Raggi
6221 Buckskin Drive
Farmington, New York  14425

Alexandra Burkett, Esq.
66 N. Main Street
Canandaigua, New York  14424

Robert Gosper, Esq.
1904 Route 96, Suite No. 2
Phelps, New York  14532