## CORRECTED CERTIFICATE/DECLARATION OF SERVICE

I, Jeffrey P. Mans, hereby certify and declare pursuant to 28 USC § 1746, that on February 17, 2005, a true copy of the accompanying letter of Jeffrey P. Mans dated February 17, 2005, was served upon the following individuals, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individuals at the addresses designated for that purpose, as follows:

Jon P. Morisey
175 J Centre Street, Apt. 1001
Quincy, Massachusetts  02169

Alexandra Burkett, Esq.
66 N. Main Street
Canandaigua, New York  14424

Staci Raggi
6221 Buckskin Drive
Farmington, New York  14425

Robert Gosper, Esq.
1904 Route 96, Suite No. 2
Phelps, New York  14532

Dated: February 17, 2005
         Albany, New York

/S/ *Jeffrey P. Mans*
Jeffrey P. Mans
BBO No. 649264