04-cv-12173-RWZ

| | |
|---|---|
| To: | The Honorable Judge Rya Zobel, Federal District Court, Boston, MA |
| From: | Jon P Morisey, Pro Se |
| Date: | 15-Feb-2005 |
| Regarding: | Request for Evidentiary Hearing FCPR 55-b-(2) |

FILED IN CLERKS OFFICE
2005 FEB 16  P 3: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

I have enclosed several documents for the Court's review. These are a "Request for Evidentiary Hearing" to create the conditions where a default judgment may be granted. In support of the request for the hearing are the "Evidence of Law", showing case precedent in support of this cause; and the "Evidence of Service", showing the citations that support a judgment of a proper service.

Due to the shear volume of evidence, the "Evidence of Systemic Bias" and the "Evidence of Specific Bias" will be delivered at the evidentiary hearing once granted.

I maintain a belief that a full trial can be prevented by the timely presentation and review of evidence, leading to a speedy resolution. I am requesting what I have always wanted and was denied in the New York State Court system, "A fact based review of the evidence and actions of the parties involved by a credible, neutral, authority". Please grant this request for an evidentiary hearing to allow the facts to speak and the rhetoric to be silenced.

Respectfully submitted,

*[signature]* 15-Feb-2005

Jon P Morisey, Pro Se