# Memorandum

FILED
IN CLERKS OFFICE

2005 FEB 25  P 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

**To:**  Ontario County Family Court Administrative Judge, The Honorable Thomas VanStrydonck

**CC:**  The Honorable Judge Rya Zobel, US Federal District Court, Boston

**From:**  Jon Morisey

**Date:**  23-FEB-2005

**Re:**  New York Family Court Change of Venue

---

As you may be aware, I am currently engaged in a Federal lawsuit with Ontario County Court Judge Reed, for whom you are the administrative judge. I currently have a situation where there have been a series of visitation violations as my daughter Rianne (5/2/91), has not been made available for scheduled visitation starting the Labor Day holiday of 2004. In addition, there are several appeals that have not been scheduled or heard, I would like to request such a hearing.

Due to the ongoing Federal Civil case 04-12173RWZ currently being heard in Boston , I respectfully request a change of venue from Ontario County. In that manner the new petitions and appeals could be heard within New York in another county equidistant from the party's respective residences.

In favor of this request is the fact that the petitions and appeals could be heard within New York jurisdiction but away from Ontario County, at least for the duration of the Federal case. As the applicable law would be the same in either location, dispensed by judges trained by the New York state system, there should be no discernable difference in the verdict at either location. I have copied the Honorable Judge Rya Zobel's office so that they may expect your call to verify that there is a case ongoing. Please accept my thanks in advance for your consideration of this proposal, and I eagerly await your favorable response.

Jon P Morisey

1