# Memorandum

FILED
CLERKS OFFICE
2005 MAR -9 P 3: 43
U.S. DISTRICT COURT
DISTRICT OF MASS

**To:** New York State Office of Judicial Misconduct

**CC:** Judge Frederick Reed, Judge Thomas VanStrydonck, Judge Rya Zobel

**From:** Jon Morisey

**Date:** 07-Mar-2005

**Re:** Ontario County Judicial Misconduct

---

I am writing to inform you of a flagrant case of judicial misconduct I have recently had the misfortune to suffer in the form of a conflict of interest

Currently, I am embroiled in a civil rights law suit (Boston District Court cause # 04-12173-RWZ) with Judge Frederick Reed named as a defendant in the lawsuit. With the Federal Civil case as yet unresolved, Judge Frederick Reed has refused to recuse himself from ruling on an Ontario County Family Court matter in which I am a litigant. A **conflict of interest** is a situation in which someone in a position of trust, such as a lawyer, a politician, or an executive or director of a corporation, has competing professional and/or personal interests.

Based upon the fact that I am currently suing Judge Reed for $500,000 and he has decided to rule upon my case in spite of that fact, there is clearly a conflict of interest which proper ethical behavior would require Judge Reed to recuse himself from ruling on the case.

Quite contrary to ethical behavior, Judge Reed has not only ruled on this custody matter, but has not surprisingly ruled against me in the New York state matter. Judge Reed has ruled on docket # V-00934-03/04 by signing an order on the 7th of February ordering among other things:

- A loss of joint custody for myself
- A loss of the right to review the records of the children's medical professional without prior court order.
- A loss of contact with my daughter if she "doesn't want to go".
- A loss of Christmas visitation with both children.
- A loss of 2 weeks visitation in the summer.
- A loss of all holiday visitations as were formerly outlined in the divorce decree.

1

March 7, 2005

This action has severely damaged my relationship with my children in a most vindictive and unethical manner for which I expect New York State to correct with all due haste. During the same period, Judge Reed has refused to hear any appeal requests, due to the existing Federal case in an effort to prevent me from pursuing legal remedies ordinarily available to other citizens. There are three appeals that are currently unanswered in Ontario County.

I have copied Federal District Court Judge Rya Zobel on this note so that office can expect a confirming call regarding the dates of the Federal case's existence.

Judge Reed, can you identify the source of these quotations?

"When you set aside your laws when and as you see fit, they no longer apply to me"

"Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy."

"Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

"There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights."

I ask that the current ruling be overturned and heard by a New York Court outside of Ontario County and that the prior appeals which were swept under the rug be heard in a similar jurisdiction. I respectfully request your ruling within the next thirty days as I have planned a trip during mid-April during a visitation period that Judge Reed has revoked.

Jon P Morisey